# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : **Case No.  26-mj-79** |
| **v.** | : |
| | : **18 U.S.C. § 922(g)(1)** |
| **MEANNU SEMAJ,** | : **(Unlawful Possession of a Firearm and** |
| | : **Ammunition by a Person Convicted of a Crime** |
| **Defendant.** | : **Punishable by Imprisonment for a Term** |
| | : **Exceeding One Year)** |
| | : |
| | : **D.C. Code § 22-2801** |
| | : **(Robbery)** |
| | : |
| | : |
| | : **FORFEITURE:** |
| | : **18 U.S.C. § 924(d), 21 U.S.C. §  853(p), and 28** |
| | : **U.S.C. § 2461(c)** |
| | : |
| | : |

## <u>INFORMATION</u>

The United States Attorney charges that:

## <u>COUNT ONE</u>

On or about April 15, 2026, within the District of Columbia, **MEANNU SEMAJ**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in Prince George's County District Court Docket No. D-05-CR-25-013748, did unlawfully and knowingly receive and possess a firearm, that is, a FN model 509 9mm handgun, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about April 15, 2026, within the District of Columbia, **MEANNU SEMAJ**, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of R.S., property of value belonging to R.S. consisting of a firearm.

(**Robbery**, in violation of 22 D.C. Code, Section 2801)

## FORFEITURE ALLEGATION

1.      Upon conviction of the offenses alleged in Counts One or Two of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses, including but not limited to a FN model 509 9mm handgun and 9mm ammunition.

2.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a)     cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with, a third party;

(c)     has been placed beyond the jurisdiction of the Court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the

property described above, pursuant to Title 21, United States Code, Section 853(p), as

incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

Respectfully Submitted,

Jeanine Ferris Pirro
United States Attorney

By:  /s/ David B. Liss
DAVID B. LISS
Assistant United States Attorney
D.C. Bar No. 90017629
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: 202-680-4025
Email: David.liss2@usdoj.gov